## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE ) <br> COMPANY A/S/O MULTI-FAMILY ) <br> RISK MANAGEMENT GROUP and ) <br> SONO PROPERTY INVESTORS, LLC ) <br> ) <br> And ) <br> ) <br> MULTI-FAMILY RISK MANAGEMENT ) <br> GROUP A/S/O SONO PROPERTY ) <br> INVESTORS, LLC ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BINDELA CONSTRUCTION LLC ) <br> 276 W 238TH STREET ) <br> BRONX, NEW YORK, 10463 ) <br> ) <br> And ) <br> ) <br> ) <br> S.T. MECHANICAL CORP. ) <br> 4017 8TH AVE 4TH FL ) <br> BROOKLYN, NEW YORK, 11232 ) <br>       Defendants ) | CIVIL ACTION NO. <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> SEPTEMBER 16, 2019 |

## CIVIL ACTION COMPLAINT

## THE PARTIES

1. Plaintiff Landmark American Insurance Company is an insurance company organized and existing under the laws of the State of New Hampshire, with its principal place of business at 945 East Paces Ferry Road, Suite 1800, Atlanta, GA.



Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

2.	Plaintiff Multi-Family Risk Management Group (hereinafter "MRMG") is a Texas business entity with its principal place of business at 107 W Lufkin Ave, Lufkin, TX.

3.	Plaintiff Sono Property Investors, LLC is a Delaware limited liability company with its principal place of business at 1520 N. El Camino Real, Suite #4, San Clemente, CA.

4.	At all times material hereto, Sono Property Investors LLC (hereafter "Sono"), was the owner of an apartment complex located at 55 and 77 North Water Street in South Norwalk, CT (hereafter "subject property").

5.	At all relevant times, MRMG managed and administered an insurance program that insured the subject property.

6.	At all times relevant hereto, Landmark American Insurance Company issued a policy of insurance, policy number LHD904308, to MRMG and Sono for the subject property.

7.	Defendant Bindela Construction LLC (hereinafter "Bindela") is a New York corporation authorized to do business in the State of Connecticut.

8.	Defendant S.T. Mechanical Corp. (hereinafter "S.T. Mechanical") is a New York corporation authorized to do business in the State of Connecticut.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## JURISDICTION AND VENUE

9. Jurisdiction is based on diversity of citizenship. 28 U.S.C. § 1332. All plaintiffs are diverse from all defendants and the amount in controversy is in excess of seventy-five thousand dollars ($75,000.00) exclusive of interest and costs.

10. The events giving rise to the claims herein occurred in South Norwalk, Connecticut. Therefore, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

11. In 2016, Defendant Bindela was contracted to install replacement water heater expansion tanks at the subject property.

12. Upon information and belief, Defendant Bindela subcontracted the installation of the expansion tanks, in whole or in part, at the subject property to Defendant S.T. Mechanical.

13. Based upon information and belief, the water heater expansion tank was installed in Unit 411 of the subject property by Bindela and S.T. Mechanical.

14. On May 26, 2018, the expansion tank connection in Unit 411 of the subject property failed, causing significant water damage at the subject property.

15. The subject expansion tank connection failed due to improper installation of the expansion tank; specifically, dissimilar metals were placed in contact with one another which caused corrosion.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

 HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

16. The improper installation of the expansion tanks gave rise to an inherently dangerous condition of which the defendants failed to warn, and which caused significant damage to plaintiffs.

17. At all times material hereto, Defendants, Bindela and S.T. Mechanical acted by and through their agents, employees, and workmen.

18. The negligence of Defendants Bindela and S.T. Mechanical caused significant damage at the subject property.

19. As a result, the subject property sustained damages in an amount in excess of $807,352.79.

20. As a result of the aforesaid damage, MRMG and Sono presented a claim to Landmark American Insurance Company, pursuant to the terms and conditions of the aforesaid policies of insurance.

21. To the extent of any payments made by Landmark American Insurance Company MRMG and Sono, and pursuant to the policy of insurance and by operation of law, Landmark American Insurance Company is subrogated to the rights of MRMG and Sono.

22. To the extent MRMG made payments to Sono pursuant to its insurance program, MRMG is subrogated to the rights of Sono.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## COUNT I – NEGLIGENCE

## PLAINTIFFS V. DEFENDANT BINDELA CONSTRUCTION

23. Plaintiffs incorporate each of the above paragraphs as though set forth herein.

24. The subject property sustained damage when water escaped from the failed water heater tank expansion connection.

25. The property damage at issue was caused by the defendant, Bindela's negligence, which consisted of the following:

    a. failing to adequately and properly install the water heater expansion tank in Unit 411 of the subject property;

    b. failing to properly train its employees;

    c. failing to hire competent employees;

    d. failing to adequately protect the subject property;

    e. failing to exercise due care;

    f. failing to properly ascertain that defendant S.T. Mechanical was a competent and qualified contractor;

    g. failing to properly supervise its sub-contractors and agents to ensure good workmanship;

    h. allowing a dangerous condition to exist on the property;

    i. exposing the subject property to water damage;

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103



Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

    j.    failing to ensure that its subcontractors, agents, servants and/or employees took the necessary precautions to prevent damage to the subject property;

    k.    failing to follow applicable codes, guidelines and standards in its selection and installation of the components;

    l.    failing to install the water heater in a workmanlike manner, and

    m.    such other and further negligence as may be revealed through discovery.

26. The damages complained of above were in no way caused or contributed to by any action or failure to act by plaintiffs.

27. As a direct and proximate result of defendant's negligence as stated herein, plaintiffs have suffered damages in excess of $807,352.79.

WHEREFORE, plaintiffs request judgment against Defendant Bindela for an amount in excess of $807,352.79 and any other costs or fees allowable by law.

### COUNT II-NEGLIGENCE

### PLAINTIFFS V. DEFENDANT S.T. MECHANICAL CORP.

28. Plaintiffs incorporate each of the above paragraphs as though set forth herein.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

29. The subject property sustained damage when water escaped from the failed water heater tank expansion connection.

30. The property damage at issue was caused by the defendant S.T. Mechanical's negligence, which consisted of the following:

    a. failing to adequately and properly install the water heater expansion tank in Unit 411 of the subject property;

    b. failing to properly train its employees;

    c. failing to hire competent employees;

    d. failing to adequately protect the subject property;

    e. failing to possess the requisite skill and experience to perform the work without damaging the subject property;

    f. failing to exercise due care;

    g. allowing a dangerous condition to exist on the property;

    h. exposing the subject property to water damage;

    i. failing to ensure that its subcontractors, agents, servants and/or employees took the necessary precautions to prevent damage to the subject property;

    j. failing to follow applicable codes, guidelines and standards in its selection and installation of the components;

    k. failing to install the water heater in a workmanlike manner, and

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

l.  such other and further negligence as may be revealed through discovery.

31. The damages complained of above were in no way caused or contributed to by any action or failure to act by plaintiffs.

32. As a direct and proximate result of defendant's negligence as stated herein, plaintiffs have suffered damages in excess of $807,352.79.

WHEREFORE, plaintiffs request judgment against Defendant ST Mechanical for an amount in excess of $807,352.79 and any other costs or fees allowable by law.

## COUNT III – BREACH OF CONTRACT

## PLAINTIFFS V. DEFENDANT BINDELA CONSTRUCTION

33. Plaintiffs incorporate each of the above paragraphs as though set forth herein.

34. Plaintiff Sono, through its agent, contracted with defendant Bindela for the installation of the water heater.

35. The contract provided that defendant Bindela would maintain liability insurance in an amount of at least $1 million per occurrence.

36. The contract provided that defendant Bindela would indemnify from all losses and damages, including reasonable attorneys' fees, arising out of or related to the work of defendant, including damage to the property, and for dangerous conditions created by or resulting from the work performed.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

37. By improperly installing the water heater, defendant Bindela breached their contract with Sono.

38. As a direct and proximate result of defendant's breach of the contract, plaintiffs sustained the damages identified.

WHEREFORE, plaintiffs request judgment against the defendant Bindela for an amount in excess of $807,352.79 and any other costs or fees allowable by law.

        THE PLAINTIFFS

        LANDMARK AMERICAN INSURANCE COMPANY A/S/O MULTI-FAMILY RISK MANAGEMENT GROUP AND SONO PROPERTY INVESTORS, LLC AND MULTI-FAMILY RISK MANAGEMENT GROUP A/S/O SONO PROPERTY INVESTORS, LLC

By*/s/Daniel P. Scapellati*
   Daniel P. Scapellati of
   HALLORAN & SAGE LLP
   225 Asylum Street
   Hartford, CT 06103
   Fed. Bar #ct 03855
   Phone: 860.297.4622
   Fax:   860-548-0006
   scapellati@halloransage.com
   Its Attorneys

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## **CERTIFICATION**

      This is to certify that on this 16th day of September, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                              */s/Daniel P. Scapellati*
                                                              Daniel P. Scapellati

6097360v.1



Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105